THE HONORABLE SAMUEL J. STEINER
Chapter 7
Hearing: June 12, 2009 @ 9:30 a.m.
Response Date: June 5 2009

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>MARK FOXTON MARING, individually and as successor in interest to F/V TIGER INC.; FRANCES M. INC.; MARK F. MARING ENTERPRISES 11, INC.; POLMAR FISHERIES INC.; POLMAR FISHERIES INC.; POLMAR INTERNATIONAL INC.; POLMAR INTERNATIONAL 1, LLC, all Washington companies,<br><br>         Debtors. | Jointly Administered Under<br><br>No. 06-12691-SJS<br><br>TRUSTEE'S MOTION TO SELL INTEREST IN NORTHLAND PROCESSING RIGHTS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES AND NOTICE OF HEARING THEREON |
| In re:<br><br>DESTINY SEAFOODS LLC,<br><br>         Debtor. | No. 06-12688-SJS |
| In re:<br><br>EAGLE INC.,<br><br>         Debtor. | No. 06-12684-SJS |
| In re:<br><br>ORION FISHERIES INC.,<br><br>         Debtor. | No. 06-12689-KAO |
| In re:<br><br>NORTHLAND FISHERIES, INC.,<br><br>         Debtor. | No. 06-12687-SJS |

MOTION FOR ORDER AUTHORIZING SALE OF
NORTHLAND FISHING RIGHTS FREE AND CLEAR
AND NOTICE OF HEARING THEREON 1

MCCARTY & GEBBEN, LLP
ATTORNEYS AT LAW
3245 146TH PL. SE STE 330
BELLEVUE, WA 98007
(425) 653-5987
MCCARTY@MGATTY.COM

1

| | |
|---|---|
| In re:<br><br>BLUE ICE, INC.,<br><br>Debtor. | No. 06-12681-SJS |
| In re:<br><br>NORTHERN ORION, INC.,<br><br>Debtor. | No. 06-12683-KAO |
| In re:<br><br>MARK MARING II, INC.,<br><br>Debtor. | No. 06-12682-SJS |
| In re:<br><br>SITKIN ISLAND INC.,<br><br>Debtor. | No. 06-12690-SJS |

### TO: THE DEBTORS, THEIR CREDITORS AND OTHER PARTIES IN INTEREST

PLEASE TAKE NOTICE that a hearing shall be held on the 12TH day of June, 2009 at 9:30 a.m. in Courtroom 8206, United States Courthouse, 700 Stewart Street, Seattle, WA 98101 on the matters described below. Responses or objections are due, in writing, by the close of business, June 5th, 2009. If no objections or responses are filed the Trustee will present an Order on an *ex parte* basis granting the relief sought and the hearing will be stricken.

### MOTION TO SELL FISH PROCESSING RIGHTS OF NORTHLAND FISHERIES

The Trustee previously filed a Motion to Abandon the fish processing rights of Northland Fisheries. It appears that no permit currently exists and to obtain one an application based upon the history of the rights would have to be filed with National Marine Fisheries. Mark Calvert, who is a creditor in these proceedings, has offered $5,000.00 to purchase those rights which appear to be in the nature of the potential to obtain a PQS. The Trustee has agreed to sell those rights to him, free and clear of liens and encumbrances for that amount, subject to Court approval. The Trustee will transfer whatever rights exist without any warranties. The Trustee does not believe that such rights, if any, are likely to lead to the issuance of a permit.

It is likely that if a party wants to bid more than $5,000 for these rights the Court will allow an auction to go forward. In the event there are competing bids such interested parties must give the Trustee written notice that they intend to bid by the close of business, June 5th, 2009. The Trustee will then conduct an auction at the Courthouse at the time set for the hearing of this matter. Bidding increments will be $1,000.00.

MOTION FOR ORDER AUTHORIZING SALE OF
NORTHLAND FISHING RIGHTS FREE AND CLEAR
AND NOTICE OF HEARING THEREON 2

MCCARTY & GEBBEN, LLP
ATTORNEYS AT LAW
3245 146TH PL. SE STE 330
BELLEVUE, WA 98007
(425) 653-5987
MCCARTY@MGATTY.COM

2

1

If no objections are filed and no written intent to bid received by the Trustee by 5:00 p.m. June
5th, 2009 an Order will be presented selling the rights, or whatever rights may exist, to Mark Calvert or
his assigns.

2

3

DATED this 18th day of May, 2009.

4

5

/s/Michael B, McCarty

6

Michael B. McCarty, Chapter 7 Trustee
WSBA#13162

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MOTION FOR ORDER AUTHORIZING SALE OF
NORTHLAND FISHING RIGHTS FREE AND CLEAR
AND NOTICE OF HEARING THEREON 3

MCCARTY & GEBBEN, LLP
ATTORNEYS AT LAW
3245 146TH PL. SE STE 330
BELLEVUE, WA 98007
(425) 653-5987
MCCARTY@MGATTY.COM

3