THE HONORABLE SAMUEL J. STEINER
Chapter 7
Hearing: June 12, 2009 @ 9:30 a.m.
Response Date: June 5 2009

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: <br> MARK FOXTON MARING, individually and as successor in interest to F/V TIGER INC.; FRANCES M. INC.; MARK F. MARING ENTERPRISES 11, INC.; POLMAR FISHERIES INC.; POLMAR FISHERIES INC.; POLMAR INTERNATIONAL INC.; POLMAR INTERNATIONAL 1, LLC, all Washington companies, <br> Debtors. | Jointly Administered Under <br> No. 06-12691-SJS <br><br> ORDER GRANTING TRUSTEE'S MOTION TO SELL INTEREST IN NORTHLAND FISH PROCESSING RIGHTS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES |
| In re: <br> DESTINY SEAFOODS LLC, <br> Debtor. | No. 06-12688-SJS |
| In re: <br> EAGLE INC., <br> Debtor. | No. 06-12684-SJS |
| In re: <br> ORION FISHERIES INC., <br> Debtor. | No. 06-12689-KAO |
| In re: <br> NORTHLAND FISHERIES, INC., <br> Debtor. | No. 06-12687-SJS |

ORDER AUTHORIZING SALE OF NORTHLAND
FISHING RIGHTS FREE AND CLEAR OF LIENS,
CLAIMS AND ENCUMBRANCES 1

MCCARTY & GEBBEN, LLP
ATTORNEYS AT LAW
3245 146TH PL. SE STE 330
BELLEVUE, WA 98007
(425) 653-5987
MCCARTY@MGATTY.COM

1

| | |
|---|---|
| In re:<br>BLUE ICE, INC.,<br>                Debtor. | No. 06-12681-SJS |
| In re:<br>NORTHERN ORION, INC.,<br>                Debtor. | No. 06-12683-KAO |
| In re:<br>MARK MARING II, INC.,<br>                Debtor. | No. 06-12682-SJS |
| In re:<br>SITKIN ISLAND INC.,<br>                Debtor. | No. 06-12690-SJS |

THIS MATTER came on before this Court on the Trustee's Motion to Sell the estate's interest in the Fish Processing rights that may be held or owned by Northland Fisheries, Inc. and the Court noting that timely and sufficient notice was provided creditors and further that no objections or responses were timely filed, NOW, THEREFORE, IT IS HEREBY ORDERED, DECREED AND ADJUDGED as follows:

    1.    The Trustee's Motion to sell and assign any fish processing rights owned or possessed by Northland Fisheries, Inc. to Mark Calvert or assigns for the sum of $5,000 is hereby approved.

    2.    The sale will be free and clear of all liens, claims and encumbrances with any such liens claims or encumbrances to attach to the proceeds of sale for later determination by the Court of the extent, validity and priority of those liens if such determination is necessary.

    3.    The sale is "As Is, Where Is" with no warranties by the Trustee as to the asset being transferred.

    4.    The Trustee will give the buyer reasonable access to the papers and records of the debtors and the Buyer may take copies of any documents related to the Northland Fish Processing

ORDER AUTHORIZING SALE OF NORTHLAND
FISHING RIGHTS FREE AND CLEAR OF LIENS,
CLAIMS AND ENCUMBRANCES 2

**MCCARTY & GEBBEN, LLP**
ATTORNEYS AT LAW
3245 146TH PL. SE STE 330
BELLEVUE, WA 98007
(425) 653-5987
MCCARTY@MGATTY.COM

2

Case 06-12691-TWD    Doc 263    Filed 06/12/09    Ent. 06/12/09 11:16:29    Pg. 2 of 3

rights he wants, provided , however, that the Trustee is attempting to destroy the records in storage by the end of June and both parties shall work together to allow the buyer an opportunity to obtain any documents in storage before the end of June.

DATED this 12th day of June , 2009.

_____
HONORABLE SAMUEL J. STEINER

Presented by:

*/s/Michael B, McCarty*
Michael B. McCarty, Chapter 7 Trustee
WSBA#13162

ORDER AUTHORIZING SALE OF NORTHLAND FISHING RIGHTS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES 3

MCCARTY & GEBBEN, LLP
ATTORNEYS AT LAW
3245 146TH PL. SE STE 330
BELLEVUE, WA 98007
(425) 653-5987
MCCARTY@MGATTY.COM

3