

1                        HONORABLE TIMOTHY W. DORE

2          HEARING DATE: FRIDAY, SEPTEMBER 23, 2011
         HEARING TIME: 9:30 A.M.

3          LOCATION: SEATTLE, COURTROOM 8106
         RESPONSE DUE: FRIDAY, SEPTEMBER 16, 2011

4

5

6

7

8          UNITED STATES BANKRUPTCY COURT
         WESTERN DISTRICT OF WASHINGTON

9

10   In re

         **Lead Case No. 06-12691-SJS**

11   MARK FOXTON MARING, individually and as   (06-12681, 06-12688, 06-12684, 06-12682,
  successor in interest to F/V TIGER, INC.; FRANCES   06-12683, 06-12687, 06-12689, and 06-
  M. INC.; MARK F. MARING ENTERPRISES II,   12690)

12   INC.; POLMAR FISHERIES INC.; POLMAR
  INTERNATIONAL INC.; POLMAR   BUSH STROUT & KORNFELD LLP'S

13   INTERNATIONAL I, LLC, all Washington   MOTION FOR LEAVE TO WITHDRAW
  companies,   AS COUNSEL FOR CREDITORS PG

14              Debtors.   ALASKA CRAB INVESTMENT CO.,
                      LLC, NORTHERN ORION II, INC. AND

15   In re   PADILLI, LLC

16   BLUE ICE, INC.,

             Debtor.

17

18   In re

19   DESTINY SEAFOODS LLC,
             Debtor.

20   In re

21   EAGLE INC.,
             Debtor.

22

23

BUSH STROUT & KORNFELD LLP'S MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL FOR CREDITORS PG ALASKA
CRAB INVESTMENT CO., LLC, NORTHERN ORION II, INC.
AND PADILLI, LLC – Page 1

Bush Strout & Kornfeld
LAW OFFICES
5500 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1354 24001 wc246x04xw.002

| | |
|---|---|
| 1 | In re |
| 2 | MARK MARING II, INC., |
| | Debtor. |
| 3 | |
| | In re |
| 4 | |
| | NORTHERN ORION, INC., |
| 5 | Debtor. |
| 6 | In re |
| 7 | NORTHLAND FISHERIES, INC., |
| | Debtor. |
| 8 | |
| | In re |
| 9 | |
| | ORION FISHERIES INC., |
| 10 | Debtor. |
| 11 | In re |
| 12 | SITKIN ISLAND INC., |
| | Debtor. |
| 13 | |

14    Bush Strout & Kornfeld LLP ("BSK") moves the Court pursuant to General Rule 2(g)(4)(A)

15    of the Local Rules for the Western District of Washington ("Local Rules") for entry of an order

16    authorizing it to withdraw as counsel for creditors PG Alaska Crab Investment Co., LLC, Northern

17    Orion II, Inc. and Padilli, LLC (collectively, "PGA"), creditors in the above-captioned bankruptcy

18    cases (together, the "Maring Bankruptcies"). This motion is based upon the files and records herein

19    and the accompanying Declaration of Christine M. Tobin-Presser ("Tobin-Presser Decl.").

20    The above-captioned debtors filed voluntary Chapter 7 bankruptcy petitions on August 11,

21    2006. BSK appeared on behalf of PGA in the Maring Bankruptcies in August 2006.

22    On December 16, 2008, the Court entered an order approving a settlement agreement between

23    PGA and the Chapter 7 Trustee in the Maring Bankruptcies. See Docket No. 205. On February 12,

BUSH STROUT & KORNFELD LLP'S MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL FOR CREDITORS PG ALASKA
CRAB INVESTMENT CO., LLC, NORTHERN ORION II, INC.
AND PADILLI, LLC – Page 2
1354 24001 wc246x04xw.002

BUSH STROUT & KORNFELD
LAW OFFICES

5500 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1    2009, the Court entered an Order Allowing and Subordinating Claims of Padilli, LLC and PG Alaska

2    Crab Company, Inc.  See Docket No. 218.

3         As of the entry of the two orders described above, BSK's work on behalf of PGA was

4    substantially concluded.  PGA has owed BSK a substantial balance for BSK's work since prior to

5    June 2009.  BSK's numerous attempts to obtain payment on this balance have been unsuccessful, as

6    described in the Tobin-Presser Declaration.

7         BSK has notified PGA of its intent to withdraw as its counsel in the Maring Bankruptcies.

8    Pursuant to GR 2(g)(4)(B) of the Local Rules, BSK has advised PGA that as business entities, the

9    three entities comprising PGA are required by law to be represented by an attorney admitted to

10   practice before this Court.  BSK therefore requests authorization to withdraw as counsel for PGA in

11   the Maring Bankruptcies.

12        DATED this 18th of August, 2011.

13                                   BUSH STROUT & KORNFELD

14

15                              By____/s/ Christine M. Tobin-Presser_____
                                    Christine M. Tobin, WSBA #27628
16                                   Gayle E. Bush, WSBA #07318
                                    Attorneys for PG Alaska Crab Investment Co.,
17                                   LLC; Northern Orion II, Inc.; and Padili, LLC

18

19

20

21

22

23

BUSH STROUT & KORNFELD LLP'S MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL FOR CREDITORS PG ALASKA
CRAB INVESTMENT CO., LLC, NORTHERN ORION II, INC.
AND PADILLI, LLC – Page 3
1354 24001 wc246x04xw.002

BUSH STROUT & KORNFELD
LAW OFFICES
5500 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104