| | |
|---|---|
| Judge: | Timothy W Dore |
| Chapter: | 7 |
| Hearing Date: | 07/27/2012 |
| Hearing Time: | 9:30 A.M. |
| Hearing Location: | 8106 U.S. Courthouse |
| | 700 Stewart Street, Seattle, WA |

98101-1271

Response Date:

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 06-12691-TWD |
| | § | |
| MARK FOXTON MARING | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Michael B. McCarty, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,035,925.57 | Assets Exempt: | $27,265.00 |
| Total Distributions to Claimants: | $1,000.00 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $288,332.24 | | |

UST Form 101-7-TDR (5/1/2011)

3)    Total gross receipts of $289,332.24  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $289,332.24 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $105,000.00 | $14,181,942.00 | $14,181,942.00 | $1,000.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $434,409.76 | $434,409.76 | $288,332.24 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $746.79 | $746.79 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $2,006,350.04 | $2,879,713.50 | $2,845,610.66 | $0.00 |
| **Total Disbursements** | $2,111,350.04 | $17,496,812.05 | $17,462,709.21 | $289,332.24 |

4).  This case was originally filed under chapter 7 on 08/11/2006.  The case was pending for 73 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>09/26/2012</u>                    By:   <u>/s/ Michael B. McCarty</u>
                                                              Trustee

S̲TATEMENT:̲  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| tax year ending 7/09 | 1124-000 | $7,062.92 |
| Interest Earned | 1270-000 | $8.99 |
| Michael B. McCarty, Trustee | 1280-000 | $4.61 |
| Michael B. McCarty, Trustee | 1280-000 | $6,269.44 |
| Michael B. McCarty, Trustee | 1280-000 | $40,703.75 |
| Michael B. McCarty. Trustee | 1280-000 | $235,282.53 |
| **TOTAL GROSS RECEIPTS** | | $289,332.24 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 37 | PG Alaska Crab Investment Co., LLC | 4110-000 | $0.00 | $12,369,442.00 | $12,369,442.00 | $1,000.00 |
| 38 | Padili, LLC | 4110-000 | NA | $725,000.00 | $725,000.00 | $0.00 |
| 39 | Padili, LLC | 4110-000 | NA | $1,087,500.00 | $1,087,500.00 | $0.00 |
| | Eric Anderson | 4110-000 | $75,000.00 | NA | $0.00 | $0.00 |
| | Jack Miller | 4120-000 | $30,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $105,000.00 | $14,181,942.00 | $14,181,942.00 | $1,000.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael B. McCarty Trustee, Trustee | 2100-000 | NA | $61,693.00 | $61,693.00 | $61,693.00 |
| Robert D. Steinberg, Trustee | 2100-000 | NA | $12,500.00 | $12,500.00 | $12,500.00 |
| Robert D. Steinberg, Trustee | 2200-000 | NA | $156.75 | $156.75 | $156.75 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $16.87 | $16.87 | $16.87 |
| International Sureties, LTD | 2300-000 | NA | $6.11 | $6.11 | $6.11 |

UST Form 101-7-TDR (5/1/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| Bank of Texas | 2600-000 | NA | $88.62 | $88.62 | $88.62 |
| Internal Revenue Service Center | 2690-730 | NA | $8,031.00 | $8,031.00 | $8,031.00 |
| United States Bankruptcy Court | 2700-000 | NA | $500.00 | $500.00 | $212.05 |
| Confindental Data Disposal | 2990-000 | NA | $1,155.75 | $1,155.75 | $1,155.75 |
| Port of Seattle | 2990-000 | NA | $1,254.81 | $1,254.81 | $1,254.81 |
| Lane Powell, Attorney for Trustee | 3210-000 | NA | $95,854.06 | $95,854.06 | $95,854.06 |
| Dawson & Gerbic, LLC, Accountant for Trustee | 3420-000 | NA | $253,152.79 | $253,152.79 | $107,363.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $434,409.76 | $434,409.76 | $288,332.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4a | WA Department of Revenue | 5800-000 | $0.00 | $746.79 | $746.79 | $0.00 |
| | Dept of Labor & Industries | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Employment Security Dept | 5800-000 | $0.00 | NA | NA | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $746.79 | $746.79 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7100-000 | NA | $499,291.31 | $499,291.31 | $0.00 |
| 2 | Port of Seattle | 7100-000 | NA | $1,079.61 | $1,079.61 | $0.00 |
| 3 | Foster Pepper PLLC | 7100-000 | NA | $87,739.66 | $87,739.66 | $0.00 |
| 4 | WA Department of Revenue | 7100-000 | NA | $133.25 | $133.25 | $0.00 |
| 5 | White Thompson & Co PS | 7100-000 | NA | $2,994.79 | $2,994.79 | $0.00 |
| 6 | White Thompson & Co PS | 7100-000 | NA | $689.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | White Thompson & Co PS | 7100-000 | NA | $69.68 | $69.68 | $0.00 |
| 8 | White Thompson & Co PS | 7100-000 | NA | $4,164.96 | $0.00 | $0.00 |
| 9 | WA Department of Revenue | 7100-000 | NA | $409.82 | $409.82 | $0.00 |
| 10 | Internal Revenue Service | 7100-000 | NA | $92,833.07 | $92,833.07 | $0.00 |
| 11 | Fortier & Mikko | 7100-000 | NA | $3,943.17 | $3,943.17 | $0.00 |
| 12 | Karstensens Skibsvaerft A/S | 7100-000 | NA | $281,022.04 | $281,022.04 | $0.00 |
| 13 | Foster Pepper PLLC | 7100-000 | $85,000.00 | $87,739.66 | $87,739.66 | $0.00 |
| 14 | WA Dept of Revenue | 7100-000 | NA | $1,306.66 | $1,306.66 | $0.00 |
| 15 | Highland Refrigeration | 7100-000 | NA | $2,500.00 | $0.00 | $0.00 |
| 16 | Actionaire Inc | 7100-000 | NA | $1,337.10 | $0.00 | $0.00 |
| 17 | Dynamic Collectors Inc | 7100-000 | NA | $1,763.47 | $0.00 | $0.00 |
| 18 | White Thompson & Co PS | 7100-000 | NA | $4,552.89 | $4,552.89 | $0.00 |
| 19 | White Thompson & Co PS | 7100-000 | NA | $9,765.27 | $9,765.27 | $0.00 |
| 20 | Skagen Havn | 7100-000 | NA | $105,770.10 | $105,770.10 | $0.00 |
| 21 | White Thompson & Co PS | 7100-000 | NA | $3,402.27 | $3,402.27 | $0.00 |
| 22 | White Thompson & Co PS | 7100-000 | NA | $1,473.72 | $0.00 | $0.00 |
| 23 | White Thompson & Co PS | 7100-000 | NA | $31,981.39 | $31,981.39 | $0.00 |
| 24 | Tom Maring | 7100-000 | $25,000.00 | $25,000.00 | $25,000.00 | $0.00 |
| 25 | Hansen Bros | 7100-000 | $1,509.18 | $1,917.50 | $1,917.50 | $0.00 |
| 26 | WA State Support Registry | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 27 | Western Pioneer Inc | 7100-000 | NA | $2,058.75 | $2,058.75 | $0.00 |
| 28 | Northeast Verizon Wireless | 7100-000 | $674.00 | $674.60 | $674.60 | $0.00 |
| 29 | John S Maring | 7100-000 | $275,200.00 | $274,159.74 | $274,159.74 | $0.00 |
| 30 | Douglas K Childs | 7100-000 | $100,000.00 | $181,665.37 | $181,665.37 | $0.00 |
| 31 | John S Maring | 7100-000 | NA | $153,203.20 | $153,203.20 | $0.00 |
| 32 | James D Brownlie | 7100-000 | NA | $23,637.22 | $23,637.22 | $0.00 |
| 33 | James D Brownlie | 7100-000 | NA | $8,500.00 | $8,500.00 | $0.00 |
| 34 | James D Brownlie | 7100-000 | $50,000.00 | $33,333.70 | $33,333.70 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| 35 | Bettie L Maring | 7100-000 | $300,000.00 | $319,612.67 | $319,612.67 | $0.00 |
| 36 | Erik J Anderson | 7100-000 | NA | $75,570.22 | $75,570.22 | $0.00 |
| 40 | Robert Green | 7100-000 | NA | $880.14 | $880.14 | $0.00 |
| 41 | Robert Green | 7100-000 | NA | $4,546.00 | $4,546.00 | $0.00 |
| 42 | Robert Green | 7100-000 | NA | $2,400.00 | $0.00 | $0.00 |
| 43 | Robert Green | 7100-000 | NA | $720.00 | $0.00 | $0.00 |
| 44 | Robert Green | 7100-000 | NA | $5,661.90 | $5,661.90 | $0.00 |
| 45 | Robert Green | 7100-000 | NA | $8,063.70 | $8,063.70 | $0.00 |
| 46 | Robert Green | 7100-000 | NA | $4,957.95 | $4,957.95 | $0.00 |
| 47 | Robert Green | 7100-000 | NA | $2,320.00 | $2,320.00 | $0.00 |
| 48 | Robert Green | 7100-000 | NA | $1,197.00 | $1,197.00 | $0.00 |
| 49 | Robert Green | 7100-000 | NA | $5,260.00 | $0.00 | $0.00 |
| 50 | Robert Green | 7100-000 | NA | $87.50 | $87.50 | $0.00 |
| 51 | Robert Green | 7100-000 | NA | $187.50 | $187.50 | $0.00 |
| 52 | Cascade Capital Group LLC | 7100-000 | $0.00 | $160,581.00 | $160,581.00 | $0.00 |
| 53 | Lunde Marine Electronics | 7100-000 | NA | $13,794.59 | $0.00 | $0.00 |
| 54 | Lunde Marine Electronic | 7100-000 | NA | $3,762.61 | $3,762.61 | $0.00 |
| 55 | Lunde Marine Electronic | 7100-000 | NA | $43,684.75 | $43,684.75 | $0.00 |
| 56 | Lunde Marine Electronics | 7100-000 | NA | $4,614.22 | $4,614.22 | $0.00 |
| 57 | WA Dept of Revenue | 7100-000 | NA | $1,759.48 | $1,759.48 | $0.00 |
| 58 | Clark Wingert | 7100-000 | NA | $50,000.00 | $50,000.00 | $0.00 |
| 59 | Alaska Dept of Revenue | 7100-000 | NA | $239,939.30 | $239,939.30 | $0.00 |
| | Bucknell Stehlik Sato & Stubner | 7100-000 | $17,541.56 | NA | NA | $0.00 |
| | Capital One | 7100-000 | $3,014.93 | NA | NA | $0.00 |
| | Cingular | 7100-000 | $648.62 | NA | NA | $0.00 |
| | Graham & Dunn | 7100-000 | $25,000.00 | NA | NA | $0.00 |
| | Greg White | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Inter-Company Accounts- detail to be provided to trustee at a later date | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Jackson & Morgan | 7100-000 | $5,494.75 | NA | NA | $0.00 |
| | Mark Calvert | 7100-000 | $10,000.00 | NA | NA | $0.00 |
| | NRC | 7100-000 | $6,707.00 | NA | NA | $0.00 |
| | Pidili LLC | 7100-000 | $1,100,000.00 | NA | NA | $0.00 |
| | Sprint Moving & | 7100-000 | $560.00 | NA | NA | $0.00 |

| | | | |
|---|---|---|---|
| Storage | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | $2,006,350.04 | $2,879,713.50 | $2,845,610.66 | $0.00 |

Case No.:     <u>06-12691-TWD</u>

Case Name:     <u>MARING, MARK FOXTON</u>

For the Period Ending:     <u>9/26/2012</u>

Trustee Name:     <u>Michael B. McCarty</u>

Date Filed (f) or Converted (c):     <u>08/11/2006 (f)</u>

§341(a) Meeting Date:     <u>09/14/2006</u>

Claims Bar Date:     <u>12/14/2006</u>

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Bank Accounts | $500.00 | $500.00 | DA | $0.00 | FA |
| **Asset Notes:** | Santander Serfin Bank in Ensenada Mexico. Debtor testified that he believes the balance in this account is now -0-. Debtor also testified that the bank does not provide monthly bank statements. | | | | | |
| 2 | Bank Account | $245.00 | $245.00 | DA | $0.00 | FA |
| **Asset Notes:** | Santander Serfin in Ensenada, Mexico. Debtor testified that he believes that the balance in the account is now -0- and that the bank does not issue bank statements. | | | | | |
| 3 | Art | $6,240.00 | $0.00 | DA | $0.00 | FA |
| 4 | Wearing Apparel | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 5 | Jewelry | $100.00 | $0.00 | DA | $0.00 | FA |
| 6 | Hobby Equipment | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 7 | Stock | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Multiple Corporations most of which have also filed for Bankruptcy. | | | | | |
| 8 | Accounts Receivable | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | No detail provided. The basis for this asset is monies owed from other entities that filed a Chapter 7. | | | | | |
| 9 | Mexican Loans | $214,035.88 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Debtor provided no detail. Trustee's value is based on Debtor's opinion. These assets were transferred as part of settlement with PG Alaska | | | | | |
| 10 | Loans to Jorge Morales | $47,005.69 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Debtor provided no detail. Trustee's value is based on Debtor's opinion. | | | | | |
| 11 | Malpractice Claim | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Trustee is investigating claim. Potential claim is against Foster Pepper. This case was settled. The estate received no money buy Foster Pepper waived claim. | | | | | |
| 12 | Automobile | $2,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | 1988 Range Rover. | | | | | |
| 13 | Computer | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 14 | Claim Vs. PG Alaska | $679,779.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Claim for back wages per settlement agreeement. Included in adversary no. 07-01190. | | | | | |
| 15 | Stock | $75,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Stock in Big Horn Sportsmans Club Inc. A security interest is claimed by Eric Anderson and PG Alaska. According to the testimony of the Debtor, MR. Anderson has possession of the stock certificates. | | | | | |
| 16 | Wall Mountings | $200.00 | $200.00 | DA | $0.00 | FA |
| 17 | Household Goods | $13,000.00 | $0.00 | DA | $0.00 | FA |
| 18 | Adversary 07-01190     **(u)** | $0.00 | $500,000.00 | | | |

| Case No.: | 06-12691-TWD | Trustee Name: | Michael B. McCarty |
|---|---|---|---|
| Case Name: | MARING, MARK FOXTON | Date Filed (f) or Converted (c): | 08/11/2006 (f) |
| For the Period Ending: | 9/26/2012 | §341(a) Meeting Date: | 09/14/2006 |
| | | Claims Bar Date: | 12/14/2006 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Asset Notes: | Filed against PG Alaska for fraud transfers and failure to perform pursuant to a settlement agreement. Judge Steiner recused himself. Refiled under Adversary No. 08-01004 on Jan. 7, 2008. | | | | | |
| Ref. # | | | | | | |
| 19 | Adversary 08-01004 (u) | $0.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | See Adversary 07-01190. Judge Steiner recused himself. The adversary was refiled on Jan. 7, 2008. The value of the adversary is a minimum recovery estimate. | | | | | |
| 20 | rtificates Av. Ejercito National No. 1250, Esq. | $0.00 | $0.00 | DA | $0.00 | FA |
| 21 | Acct. # 60-51708752-5 | $500.00 | $500.00 | DA | $0.00 | FA |
| 22 | Acct. # 83-50044483-8 ge s. | $245.00 | $245.00 | DA | $0.00 | FA |
| 23 | Misc. household goods and furniture acquired i 9 | $13,000.00 | $13,000.00 | DA | $0.00 | FA |
| 24 | stamp, wildlife scenes by artist Charles Gause, | $0.00 | $0.00 | DA | $0.00 | FA |
| 25 | completely unknown, estimated | $6,240.00 | $6,240.00 | DA | $0.00 | FA |
| 26 | Various used clothing located in Portland, OR, a | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| 27 | Wristwatch of Russian make, given as a gift, unk | $100.00 | $0.00 | DA | $0.00 | FA |
| 28 | Various sporting equipment including 2 guns, ski | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| 29 | tax year ending 7/09 (u) | $0.00 | $7,062.92 | | $7,062.92 | FA |
| 30 | Exxon Settlement | $0.00 | $5,317.94 | DA | $0.00 | FA |
| Asset Notes: | Exxon Settlement | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $8.99 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | |
| | $1,063,190.57 | $535,310.86 | | $7,071.91 | $0.00 |

**Major Activities affecting case closing:**

| Case No.: | 06-12691-TWD | Trustee Name: | Michael B. McCarty |
| Case Name: | MARING, MARK FOXTON | Date Filed (f) or Converted (c): | 08/11/2006 (f) |
| For the Period Ending: | 9/26/2012 | §341(a) Meeting Date: | 09/14/2006 |
| | | Claims Bar Date: | 12/14/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

11-4-08  This next activity entry applies to all of the consolidated cases.  I was appointed in late August.  The parties had been trying rather unsuccessfully to finalize a settlement reached with the secured creditor since February! I have spent about 100 hours so far finalizing the settlement with PGA Alaska and Padili, preparing the motion to approve settlement and the notice which I mailed out by hand and even licked the envelopes (about 100 because I couldn't get the postage machine to seal them.  If this settlement is approved, and by all accounts it should be, the case will be on its way to closure.  The pending IRS audit will complicate things.

When I inherited this case the attorneys fees for the attorney were trustee were about $450,000 and the accountant's fees were between $200 and $250,000.  There are other special counsel fees of about $40,000.  The settlement will bring about $350,000 into the estate but some claims (about $60,0000 are being paid.
According to the attorneys for the secured creditor, it was willing to pay the same amount when the case started.

The former trustee and his attorney had also, for two years, made various comments about a malpractice claim against Foster Pepper and Jack Cullen.  I looked at the facts and concluded that it was a dubious claim.  The former attorney for the debtor had waited until about 6 weeks before the 2 year statute of limitations had run before even starting to find and hire an attorney.  That attorney refused to represent me ostensibly because he had done his "due diligence" on me, whatever that means.  I think it had more to do with the fact that I revised his retainer agreement to reflect the requirements of the U.S. Trustee and the Bankruptcy Code and because he really didn't think the case was particularly worth taking.  The attorney for the Trustee then hired another attorney (I went along because it seemed to me to be good to have an attorney provide an opinion letter in this situation) who concluded that the potential claim against  would be very difficult to prevail on, damages would also be difficult to prove and the costs would be high.  I settled that case by having the attorneys withdraw their claim from the bankruptcy estates. That settlement is also noted for hearing on November 14, 2008.

If the settlements are approved and once the IRS audit is done I will likely proceed to have the Court determine what administrative claims will be paid.  As stated above, my time in the case is going to amount to $40,000 to $50,000. The maximum trustee appears to be about $40,000 to $50,000.  The former trustee believes he should be paid and there are other admininstrative claims of about $700,000.00.

The estate does have a claim against Exxon that might not be resolved soon and the cases will need to remain open until resolution of that claim.

This case is the lead case for 8 other relaed cases filed on the same date.  The case involves crab fishing permits and crab fishing vessels located in two foreign countries.  i.e. Denmark and Mexico.

Settlement conference set for Feb. 14, 2008 with Judge Glover
This is the lead case for all of the Maring related entities.  We are waiting for the distribution from the Exxon Valdez litigation before the case can be closed.
This case is nearly completed.  It is consolidated with a number of related cases and this is the lead case.  At this time the final tax returns for some of the entities are being prepared.  Primarily the case remains open pending the final resolution of the Exxon Valdez case.  That case has been in litigation for at least a decade.  A recent appellate decision in favor of the plaintiffs allowed interest.  However, there may be other appeals pending that will further delay any final distribution from that case.
Awaiting distribution of funds from Exxon Settlement (payable to Northland Shipping.  Also have pending appeal of IFQ with Fisheries.
Will need to file final report and tdr.

**Case No.:**    06-12691-TWD          **Trustee Name:**    Michael B. McCarty
**Case Name:**    MARING, MARK FOXTON          **Date Filed (f) or Converted (c):**    08/11/2006 (f)
**For the Period Ending:**    9/26/2012          **§341(a) Meeting Date:**    09/14/2006
          **Claims Bar Date:**    12/14/2006

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

The primary remaining issue is the recovery from the Exxon Valdez case. We are still waiting for that. There is also an issue in two related cases where a denial of the crab IFQ's was appealed and we are awaiting decision of the appeal.

All of the consolidated cases remain open because they are consolidated. One estate, Northern Orion, has a pending case in federal district court having to do with an appeal of an order by the National Fisheries terminating two fishing quotas or IFQ's. That estate will need to remain open until that case is resolved. The Trustee has spoken to the Clerk and the UST about a way to close these cases as some are no asset estates and others have had assets and the creditors have been paid.

d

This is the lead case underwhich a number of other cases were consolidated. There is some money in this case to be disbursed and other disbursements have been made. The Trustee has discussed how to close the individual cases within the consolidated case with the UST and the Clerk. Some of the individual cases may be able to be closed before all of the cases are closed. There is an appeal pending of a denial of a fishing quota by National Fisheries in the Northern Orion Fisheries Case. The Trustee is not sure whether he can close the Main case (Mark Maring) while any of the other cases remain open. However the trustee will look into whether that is possible since the Mark Maring estate itself will not receive further funds.

**Initial Projected Date Of Final Report (TFR):**    05/31/2008          **Current Projected Date Of Final Report (TFR):**    03/30/2012          /s/ MICHAEL B. MCCARTY
          MICHAEL B. MCCARTY

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 06-12691-TWD | |
| Case Name: | MARING, MARK FOXTON | |
| Primary Taxpayer ID #: | ******5329 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 8/11/2006 | |
| For Period Ending: | 9/26/2012 | |

| | |
|---|---|
| Trustee Name: | Michael B. McCarty |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******0086 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $82,344,543.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/12/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $6,517.36 | | $6,517.36 |
| 09/15/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $6.79 | $6,510.57 |
| 10/17/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.17 | $6,500.40 |
| 11/15/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $21.00 | $6,479.40 |
| 11/16/2011 | | Bank of Texas | Reverse Bank Service Fee | 2600-000 | | ($10.50) | $6,489.90 |
| 12/14/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.14 | $6,479.76 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.46 | $6,469.30 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.42 | $6,458.88 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.73 | $6,449.15 |
| 03/21/2012 | 5001 | International Sureties, LTD | Bond Premium | 2300-000 | | $6.11 | $6,443.04 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.38 | $6,432.66 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.03 | $6,422.63 |
| 07/30/2012 | 5002 | Dawson & Gerbic, LLC | Amount Claimed: 253,152.79; Distribution Dividend: 42.41; Claim #: ; Account Number: ; | 3420-000 | | $6,210.58 | $212.05 |
| 07/30/2012 | 5003 | United States Bankruptcy Court | Amount Claimed: 500.00; Distribution Dividend: 42.41; Claim #: ; Account Number: ; | 2700-000 | | $212.05 | $0.00 |

SUBTOTALS    $6,517.36    $6,517.36

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 06-12691-TWD | |
| **Case Name:** | MARING, MARK FOXTON | |
| **Primary Taxpayer ID #:** | ******5329 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/11/2006 | |
| **For Period Ending:** | 9/26/2012 | |

| | |
|---|---|
| **Trustee Name:** | Michael B. McCarty |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******0086 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $82,344,543.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $6,517.36 | $6,517.36 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $6,517.36 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $6,517.36 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $6,517.36 | |

| **For the period of 8/11/2006 to 9/26/2012** | | **For the entire history of the account between 08/12/2011 to 9/26/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,517.36 | Total Internal/Transfer Receipts: | $6,517.36 |
| | | | |
| Total Compensable Disbursements: | $6,517.36 | Total Compensable Disbursements: | $6,517.36 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,517.36 | Total Comp/Non Comp Disbursements: | $6,517.36 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 06-12691-TWD |
| Case Name: | MARING, MARK FOXTON |
| Primary Taxpayer ID #: | ******5329 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 8/11/2006 |
| For Period Ending: | 9/26/2012 |

| | |
|---|---|
| Trustee Name: | Michael B. McCarty |
| Bank Name: | Sterling Bank |
| Checking Acct #: | ******2691 |
| Account Title: | |
| Blanket bond (per case limit): | $82,344,543.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | | | |
| 07/06/2009 | | Michael B. McCarty, Trustee | Transfer of funds from Sitkin Island, Inc. 06-12690 | 1280-000 | $6,269.44 | | $6,269.44 |
| 07/06/2009 | | Michael B. McCarty, Trustee | Transfer of funds from Northland Fisheries, Inc. | 1280-000 | $40,703.75 | | $46,973.19 |
| 07/06/2009 | | Michael B. McCarty, Trustee | Transfer of funds from Northern Orion, Inc. | 1280-000 | $235,282.53 | | $282,255.72 |
| 07/06/2009 | | Michael B. McCarty, Trustee | Transfer of funds from Blue Ice, Inc. | 1280-000 | $4.61 | | $282,260.33 |
| 07/08/2009 | 101 | Robert D. Steinberg | court order dtd 07/06/2009 | 2200-000 | | $156.75 | $282,103.58 |
| 07/08/2009 | 102 | Robert D. Steinberg | court order dtd 07/06/2009 | 2100-000 | | $12,500.00 | $269,603.58 |
| 07/08/2009 | 103 | Michael B. McCarty Trustee | court order dtd 07/06/2009 | 2100-000 | | $61,693.00 | $207,910.58 |
| 07/08/2009 | 104 | Dawson & Gerbic, LLC | court order dtd 07/06/2009 | 3420-000 | | $92,152.64 | $115,757.94 |
| 07/08/2009 | 105 | Lane Powell | court order dtd 07/06/2009 | 3210-000 | | $95,854.06 | $19,903.88 |
| 07/28/2009 | 106 | Confindental Data Disposal | court order dtd 07/06/2009 | 2990-000 | | $1,155.75 | $18,748.13 |
| 08/18/2009 | 107 | Port of Seattle | Court Order dtd 07/06/2009 | 2990-000 | | $1,254.81 | $17,493.32 |
| 11/13/2009 | 108 | Internal Revenue Service Center | Order auth, Trustee to pay federal income tax | 2690-730 | | $8,031.00 | $9,462.32 |
| 12/22/2009 | | Transfer To Acct#******2691 | | 9999-000 | | $9,462.32 | $0.00 |

| | | |
|---|---|---|
| TOTALS: | $282,260.33 | $282,260.33 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $9,462.32 | |
| Subtotal | $282,260.33 | $272,798.01 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $282,260.33 | $272,798.01 | |

**For the period of 8/11/2006 to 9/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $282,260.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $282,260.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $272,798.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $272,798.01 |
| Total Internal/Transfer Disbursements: | $9,462.32 |

**For the entire history of the account between 07/06/2009 to 9/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $282,260.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $282,260.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $272,798.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $272,798.01 |
| Total Internal/Transfer Disbursements: | $9,462.32 |

| Case No. | 06-12691-TWD | Trustee Name: | Michael B. McCarty |
|---|---|---|---|
| Case Name: | MARING, MARK FOXTON | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******5329 | Money Market Acct #: | ******2691 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MARING, MARK FOXTON |
| For Period Beginning: | 8/11/2006 | Blanket bond (per case limit): | $82,344,543.00 |
| For Period Ending: | 9/26/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/22/2009 | | Transfer From  Acct#******2691 | | 9999-000 | $9,462.32 | | $9,462.32 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.12 | | $9,462.44 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.40 | | $9,462.84 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.36 | | $9,463.20 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.40 | | $9,463.60 |
| 04/26/2010 | 2010 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $11.58 | $9,452.02 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.39 | | $9,452.41 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.40 | | $9,452.81 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.39 | | $9,453.20 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.40 | | $9,453.60 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.40 | | $9,454.00 |
| 09/03/2010 | (29) | United States Treasury | Tax Refund | 1124-000 | $7,062.92 | | $16,516.92 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.62 | | $16,517.54 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.70 | | $16,518.24 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.68 | | $16,518.92 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.70 | | $16,519.62 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.70 | | $16,520.32 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.63 | | $16,520.95 |
| 03/15/2011 | 2011 | Dawson & Gerbic, LLC | Per Order Approving Interim Compensation | 3420-000 | | $9,000.00 | $7,520.95 |
| 03/15/2011 | 2012 | PG Alaska Crab Investment Co., LLC | Per Order Approving Interim Compensation | 4110-000 | | $1,000.00 | $6,520.95 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.50 | | $6,521.45 |
| 03/31/2011 | 2013 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $5.29 | $6,516.16 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.27 | | $6,516.43 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.28 | | $6,516.71 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.27 | | $6,516.98 |
| 07/29/2011 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.28 | | $6,517.26 |
| 08/12/2011 | (INT) | Sterling Bank | Interest Earned For August 2011 | 1270-000 | $0.10 | | $6,517.36 |
| 08/12/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $6,517.36 | $0.00 |
| | | | SUBTOTALS | | $16,534.23 | $16,534.23 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-12691-TWD | Trustee Name: | Michael B. McCarty |
|---|---|---|---|
| Case Name: | MARING, MARK FOXTON | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******5329 | Money Market Acct #: | ******2691 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MARING, MARK FOXTON |
| For Period Beginning: | 8/11/2006 | Blanket bond (per case limit): | $82,344,543.00 |
| For Period Ending: | 9/26/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $16,534.23 | $16,534.23 | $0.00 |
| | | | Less: Bank transfers/CDs | | $9,462.32 | $6,517.36 | |
| | | | Subtotal | | $7,071.91 | $10,016.87 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $7,071.91 | $10,016.87 | |

| For the period of  8/11/2006 to 9/26/2012 | | For the entire history of the account between 12/22/2009 to 9/26/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,071.91 | Total Compensable Receipts: | $7,071.91 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,071.91 | Total Comp/Non Comp Receipts: | $7,071.91 |
| Total Internal/Transfer Receipts: | $9,462.32 | Total Internal/Transfer Receipts: | $9,462.32 |
| | | | |
| Total Compensable Disbursements: | $10,016.87 | Total Compensable Disbursements: | $10,016.87 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $10,016.87 | Total Comp/Non Comp  Disbursements: | $10,016.87 |
| Total Internal/Transfer  Disbursements: | $6,517.36 | Total Internal/Transfer  Disbursements: | $6,517.36 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 06-12691-TWD |
| **Case Name:** | MARING, MARK FOXTON |
| **Primary Taxpayer ID #:** | ******5329 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 8/11/2006 |
| **For Period Ending:** | 9/26/2012 |

| | |
|---|---|
| **Trustee Name:** | Michael B. McCarty |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******2691 |
| **Account Title:** | MARING, MARK FOXTON |
| **Blanket bond (per case limit):** | $82,344,543.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $289,332.24 | $289,332.24 | $0.00 |

| **For the period of 8/11/2006 to 9/26/2012** | |
|---|---|
| Total Compensable Receipts: | $289,332.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $289,332.24 |
| Total Internal/Transfer Receipts: | $15,979.68 |
| | |
| Total Compensable Disbursements: | $289,332.24 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $289,332.24 |
| Total Internal/Transfer Disbursements: | $15,979.68 |

| **For the entire history of the case between 08/11/2006 to 9/26/2012** | |
|---|---|
| Total Compensable Receipts: | $289,332.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $289,332.24 |
| Total Internal/Transfer Receipts: | $15,979.68 |
| | |
| Total Compensable Disbursements: | $289,332.24 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $289,332.24 |
| Total Internal/Transfer Disbursements: | $15,979.68 |

/s/ MICHAEL B. MCCARTY

MICHAEL B. MCCARTY